**GRAYROBINSON, P.A.**
Woodrow H. Pollack (Florida Bar No. 26802)
*Admitted pro hac vice*
Kristin Shusko (Florida Bar No. 85400)
*Admitted pro hac vice*
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone:  (813) 273-5000
Facsimile:   (813) 273-5145
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

**GATTEY LAW**
Scott Gattey (180875)
1001 Laurel Street, Suite C
San Carlos, CA 94070
Telephone:  (650) 596-7123
Facsimile:   (877) 269-4437
scott@gatteylaw.com

Attorneys for
PROTEGRITY CORPORATION
PROTEGRITY USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: PROTEGRITY CORPORATION AND PROTEGRITY USA, INC. PATENT LITIGATION** | CASE NO.  3:15-md-02600-JD <br><br> **NOTICE OF CHANGE OF COUNSEL** |

NOTICE OF CHANGE OF COUNSEL

Pursuant to the Order entered on July 22, 2015 [Dkt. 49] and L.R. 5-1(c)(2)(c), Protegrity Corporation and Protegrity USA, Inc.'s (hereinafter collectively referred to as "Protegrity") hereby file their Notice of Change of Counsel and request that this honorable Court remove the following individuals from further receipt of cm/ecf notifications in relation to this case:

- Rob G. Leach – rob@charmasson.com
- Seth H. Row – seth.row@millernash.com
- Ted Baroody – baroody@cclaw.com
- Paul Rossler – prossler@gablelaw.com
- Scot Rowland – srowland@gablelaw.com
- Barbara Moschovidis – bmoschovidis@gablelaw.com
- Stefan V. Stein – stefan.stein@gray-robinson.com

Protegrity will continue to be represented by Woodrow H. Pollack of GrayRobinson, P.A, who was admitted pro hac vice on February 27, 2015, Kristin L. Shusko of GrayRobinson, P.A., who was admitted pro hac vice on March 3, 2105, and Scott Gattey of Gattey Law, California Bar No. 180875.

July 23, 2015

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack, *admitted pro hac vice*
Florida Bar No. 26802
Kristin Shusko, *admitted pro hac vice*
Florida Bar No. 85400
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone:   (813) 273-5000
Facsimile:    (813) 273-5145
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

Scott Gattey (180875)
1001 Laurel Street, Suite C
San Carlos, CA 94070
Telephone:   (650) 596-7123
Facsimile:    (877) 269-4437
scott@gatteylaw.com

*Attorneys for Protegrity Corporation and Protegrity USA, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>July 23, 2015</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Woodrow H. Pollack*
                                  Woodrow H. Pollack