# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PROTEGRITY CORPORATION AND PROTEGRITY USA, INC., PATENT LITIGATION | Case No.: 3:15-md-02600-JD<br><br>**JUDGMENT OF INVALIDITY** |

It is hereby ORDERED, ADJUDGED AND DECREED, based on the proceedings before the Patent Trial and Appeal Board as follows:

1. All claims of U.S. Patent No. 6,321,201 are declared invalid;
2. All claims of U.S. Patent No. 8,402,281 are declared invalid;
3. Protegrity Corp. and/or Protegrity USA, Inc., before this Court on June 29, 2016 [Dkt. No. 91], waived all appellate rights in connection with the patents-in-suit.
4. The Clerk is directed to enter final judgment in accordance with the foregoing;
5. All pending motions are denied as moot; and
6. This judgment shall not impact Informatica LLC, Aptos, Inc., Dataguise, Inc., Transfirst LLC, or Corduro, Inc.'s right to pursue attorneys' fees and/or costs, which

will be filed within 30 days of the court appointed mediation between the parties on the issue of fees and/or costs (if unsuccessful).

**IT IS SO ORDERED.**

Dated: July 15, 2016.

_____
JAMES DONATO
United States District Judge