UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEGRITY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFORMATICA CORPORATION, et al., <br><br> Defendants. | Case No. 15-md-02600-JD <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE RE ATTORNEY FEES AND COSTS** <br><br> Re: Dkt. No. 104 |

At the parties' request and pursuant to Local Rule 72-1, the Court refers this matter to Magistrate Judge Donna Ryu for a settlement conference on attorneys' fees and costs. Plaintiffs and defendants Aptos, Inc., Informatica LLC, Dataguise, Inc., TransFirst, LLC and Corduro, Inc. will participate in this referral. The parties will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge.

If the settlement conference is unsuccessful, each defendant may file within 30 days of the end of discussions an individual motion for attorneys' fees and costs that conforms to the Court's motion requirements in the standing orders.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
JAMES DONATO
United States District Judge