UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 9/26/16 | **Time:** 4 hours 15 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:15-md-02600-JD | **Case Name:** In re Protegrity Patent Litigation | |

**For Protegrity:**
Woodrow Pollack
Alissandra Burack
Katie Chambers

**For Informatica:**
John Bovich
Paul Sousa
Katherine Haar

**For Aptos:**
William Cass
David Baum

**For Corduro:**
Jon Hyland
Robert Ziegler

**For Transfirst**
Jon Hyland
Gerry Fischer

**For Dataguise:**
Joseph Gratz
Manmeet Bhasin

**Deputy Clerk:** Ivy Lerma Garcia            **FTR:** Not Recorded

**PROCEEDINGS**

Settlement conference held.

**Results:** Settlement talks were unsuccessful as to Informatica, Aptos and Corduro's claims for fees and costs against Protegrity. Transfirst and Dataguise reached settlements in principle with Protegrity. If these settlements are not finalized by October 11, 2016, the 30 day deadline to file fee motions shall commence at that time. The settling parties shall notify Judge Ryu of the status of the settlements by no later than October 7, 2016 via email (dmrchambers@cand.uscourts.gov).

cc: Chambers